## REO MOTOR CAR CO v WESTERN BANK & TRUST CO

Ohio Appeals, 1st Dist, Hamilton Co

Decided June 11, 1934

For full opinion see 1 OO 558; 48 Oh Ap 387.

W. B. Mente, Cincinnati, and Foster & Cameron, for plaintiff in error.

Peck, Shaffer & Williams, Cincinnati, for defendant in error.